## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO: 16-cv-05088 |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| THE TRUSTEES OF THE | : | |
| UNIVERSITY OF PENNSYLVANIA, | : | |
| | : | |
| Defendant. | : | |

### JOINT MOTION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

Plaintiff, John Doe, and Defendant, the University of Pennsylvania, collectively "the Parties," jointly move for dismissal of the above-captioned action with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a).

The Parties consent to the filing of this Motion and join in respectfully requesting that the Court enter the Proposed Order attached hereto as **Exhibit A**.

Respectfully Submitted,

| | |
|---|---|
| /s/ Patricia M. Hamill | /s/ James A. Keller |
| Patricia M. Hamill, Esq. | James A. Keller, Esq. |
| Lorie K. Dakessian, Esq. | Joshua W.B. Richards, Esq. |
| **CONRAD O'BRIEN P.C.** | Amy L. Piccola, Esq. |
| 1500 Market Street, 39th Floor | **SAUL EWING ARNSTEIN LEHR LLP** |
| Philadelphia, PA 19102 | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| *Attorneys for Plaintiff* | |
| | Wendy S. White |
| | Office of General Counsel |
| | **University of Pennsylvania** |
| | |
| | *Attorneys for Defendant* |

**DATED**:        November 20, 2017

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served today

by operation of the Court's ECF filing system upon:

James A. Keller, Esq.
Joshua W.B. Richards, Esq.
Amy L. Piccola, Esq.
**SAUL EWING ARNSTEIN LEHR LLP**
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Wendy S. White
Office of General Counsel
**University of Pennsylvania**

*Attorneys for Defendant*

*/s/ Patricia M. Hamill*
Patricia M. Hamill, Esq.
Lorie K. Dakessian, Esq.
**CONRAD O'BRIEN P.C.**
1500 Market Street, 39th Floor
Philadelphia, PA 19102

*Attorneys for Plaintiff*

**DATED**:      November 20, 2017